IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LANDON KING**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**#00225855**

v.　　　　　　　　　　No. 4:21-cv-891-DPM

**JOHN STALEY, Sheriff,**
**Lonoke County, and KRISTI**
**FLUD, Jail Administrator,**
**Lonoke County**　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. King hasn't paid the $402 filing and administrative fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 November 2021