IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LANDON KING**  **PLAINTIFF**
**#00225855**

v.                    No. 4:21-cv-891-DPM

**JOHN STALEY, Sheriff,**
**Lonoke County, and KRISTI**
**FLUD, Jail Administrator,**
**Lonoke County**              **DEFENDANTS**

## JUDGMENT

King's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 November 2021